UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> ) <br> vs. ) <br> ) <br> Avila-Solache; Jimenez-Almarez ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 08mj2143 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

*RECEIVED 2008 JUL 25 A 11:13 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA*

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Hector Perez-Martinez

DATED: 7/25/08

LEO S. PAPAS

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

J. PARIS

W. SAMUEL HAMRICK, JR.   Clerk

by _____
       Deputy Clerk